# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

132288 & (55)

DAIMLERCHRYSLER CORPORATION and
DAIMLERCHRYSLER MOTORS COMPANY,
LLC,
   Plaintiffs-Appellants,

v

HADLER PUBLIC RELATIONS, INC.,
   Defendant-Appellee,

and

GOLDEN EAGLE INSURANCE COMPANY
and COMMERCIAL UNION INSURANCE
COMPANY,
   Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132288
COA: 266608
Wayne CC: 02-229070-CK

On order of the Court, the application for leave to appeal the July 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike the appellee's brief in opposition to the application for leave to appeal is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

_____
Clerk

p0530